IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELLA BROWN, | Civil Action File No. |
| | 1:21-cv-05061-TWT |
| Plaintiff, | |
| v. | |
| WALMART, INC. | |
| AND JOHN DOES 1-3, | |
| Defendants. | |
| _____/ | |

NOTICE OF SETTLEMENT

Defendant hereby notifies the Court that the parties have reached a confidential settlement of this matter.  We expect that parties will be able to file a stipulation of dismissal with prejudice shortly.

                                            McLAIN & MERRITT, P.C.

                                            /s/ Nicholas Deeb
                                            Nicholas E. Deeb
                                            Georgia Bar No. 117025
                                            Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
ndeeb@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice has been prepared with the font and point selections approved by the Court in LR 5.1B.

/s/ Nicholas Deeb
Nicholas E. Deeb
Georgia Bar No. 117025

CERTIFICATE OF SERVICE

This is to certify that on September 2, 2022, I electronically filed NOTICE OF SETTLEMENT with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                      McLAIN & MERRITT, P.C.

                                      /s/ Nicholas Deeb
                                      Nicholas E. Deeb
                                      Georgia Bar No. 117025
                                      Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
ndeeb@mmatllaw.com