IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELLA BROWN,<br><br>  Plaintiff,<br>v.<br><br>WALMART, INC. and JOHN DOES 1-3,<br><br>  Defendants. | CASE NO.: 1:21-cv-05061-TWT |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendant and hereby stipulate, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(a)(1)(B), and 41(c) and Local Rule 41.1, claims of Plaintiff shall be voluntarily dismissed with prejudice, with each party to bear his, her or its own legal fees and other costs.

*(Signatures on following page.)*

This the 19th day of September, 2022.

            JENSEN LAW, LLC

            */s/ Eric L. Jensen*
            Eric L. Jensen
            Georgia Bar No. 391259
            Jessica Burkhart
            Georgia Bar No. 493002
            *Attorneys for Plaintiff*

6111 Peachtree Dunwoody Road
Building G, Suite 201
Atlanta, Georgia 30328
Telephone: (404) 842-9380
Facsimile: (678) 904-3110
ejensen@eljlegal.com

            MCCLAIN & MERRITT, P.C.

            */s/ Nicholas E. Deeb (by express permission ELJ)*
            Nicholas E. Deeb
            Georgia Bar No. 117025
            *Attorney for Defendant*

3445 Peachtree Road, Northeast
Suite 500
Atlanta, Georgia 30326
(404) 365-4535
ndeeb@mmatllaw.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document has been prepared in Times New Roman, 14-point font in accordance with LR 5.1 and LR 7.1(d).

Respectfully submitted,

This the 19th day of September, 2022.

/s/ Eric L. Jensen
Eric L. Jensen
Georgia Bar No. 391259
Jessica Burkhart
Georgia Bar No. 493002
*Attorneys for Plaintiff(s)*

Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G- Suite 201
Atlanta, Georgia 30328
Telephone: (404) 842-9380
Facsimile: (678) 904-3100

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system addressed to:.

Nicholas E. Deeb, Esq.
Georgia Bar No. 117025
McLain & Merritt, P.C.
3445 Peachtree Road, Northeast
Suite 500
Atlanta, Georgia 30326

This the 19th day of September, 2022.

                                            Respectfully submitted,

                                            /s/ Eric L. Jensen
                                            Eric L. Jensen
                                            Georgia Bar No. 391259
                                            Jessica Burkhart
                                            Georgia Bar No. 493002
                                            *Attorneys for Plaintiff(s)*

Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G- Suite 201
Atlanta, Georgia 30328
Telephone: (404) 842-9380
Facsimile: (678) 904-3110